**ANTHONY J. BRASS  (CASBN. 173302)**
**Attorney at Law**
**3223 Webster Street**
**San Francisco, California 94123**
**Telephone: (415) 922-5462**
**Facsimile: (415) 346-8987**

**Attorney for Defendant**
**IRINA REBEGENEAU**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: CR 09-0862 MHP |
| Plaintiff, | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| vs. | ) TO  MODIFY CONDITIONS OF RELEASE TO |
| | ) ALLOW TRAVEL TO FLORENCE, ARIZON |
| IRINA REBEGENEAU, | ) |
| Defendant. | ) |

Parties, by and through their respective attorneys, Christine Wong, AUSA for the United States and Anthony J. Brass, attorney for Irina Rebegeneau hereby stipulate and agree as follows:

1. The court set conditions of release on Ms. Rebegeneau not to travel outside of the Northern and Eastern Districts of California.

2. The parties agree to a modification of the release conditions to allow Ms. Rebegeneau to travel to Florence, Arizona for a vacation.  Ms. Rebegeneau will fly on May 6, 2010 from Sacramento to Phoenix, Arizona.  She will then drive to Florence, Arizona

lodging at the St. Anthony Monastery until May 11, 2010. On May 11, 2010 she will drive back to Phoenix and fly back to Sacramento California.

3. Pre-trial services officer Josh Libby has no objection to this proposed modification.

Dated: April 23, 2010                                         /s/

                                                              ANTHONY J. BRASS
                                                              Attorney for IRINA REBEGENEAU

Dated: April 23, 2010

                                                              Christine Wong
                                                              Assistant United States Attorney

IT IS SO ORDERED:

_____                               Dated:  May 3, 2010

HONORABLE ELIZABETH LAPORTE

U.S. Magistrate Judge