ANTHONY J. BRASS (CASBN. 173302)
Attorney at Law
3223 Webster Street
San Francisco, California 94123
Telephone: (415) 922-5462
Facsimile: (415) 346-8987
tony@brasslawoffice.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 09-0862 MHP |
| Plaintiff, | Stipulation And [Proposed] Order To Modify Conditions of Release To Allow for Unlimited Travel between the Eastern and Central Districts |
| vs. | |
| Liliana Irina Rebegeneau | |
| Defendants. | |

**IT IS AGREED and stipulated** by the parties, through their undersigned attorneys, that defendant be allowed to travel for work purposes to the Central District of California. It is further agreed and stipulated that defendant will provide detailed travel arrangements for each required trip to her pre-trial services officer in the Eastern District. Josh Libby of Pre-Trial services is not opposed to this request.

Dated: November 17, 2010

/s/ Andrew Caputo
ANDREW CAPUTO
Assistant United States Attorney

/s/ Anthony Brass
ANTHONY J. BRASS
Attorney for Defendant

IT IS hereby ordered that defendant be allowed unlimited travel between the Eastern and Central Districts of California. It is further ordered that Defendant will provide detailed travel arrangements for each required trip between districts to her pre-trial services officer in the Eastern District.

Dated:   11/18/2010

